IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

UNITED STATES OF AMERICA

v.                                                                CRIMINAL NO. 1:25-cr-62-SA-DAS-6

GREG WELLS

## ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a conflict of interest. The Office of the Federal Public Defender contacted **William F. Travis** on **August 8, 2025,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **William F. Travis** has agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **William F. Travis** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 8th day of August 2025.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE